PETER H. McNULTY et al., Copartners under the Firm Name of McNULTY BROS., Respondents, *v.* THERESA C. KAMMERER, Appellant, Impleaded with Others, Defendants.

(Argued October 27, 1932; decided November 22, 1932.)

648

*Thomas D. Austin* and *Edward T. Johnberg* for appellant.

*James F. T. Delaney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.